IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DAVID HYKE as the Personal Representative of the Estate of Floren Hyke,** | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| vs. | )   8:10-cv-00263-LSC-FG3<br>)<br>)   **ORDER** |
| **OHIO NATIONAL LIFE INSURANCE COMPANY,** | )<br>)<br>) |
| Defendant. | ) |

This matter is before the court on the motion of Patricia E. Dodson for leave to withdraw as co-counsel for the plaintiff.

**IT IS ORDERED** that the motion (#9) is granted, as follows:

1. The appearance of Patricia E. Dodson as counsel for the plaintiff is deemed withdrawn.

2. For purposes of this action, Patricia E. Dodson is hereby excused from registering for the court's CM/ECF System.

3. The court will terminate future notices to Patricia E. Dodson in this case.

DATED August 3, 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge