# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID HYKE as the Personal Representative of the Estate of Floren Hyke,** | ) ) ) ) | |
| Plaintiff, | ) ) | 8:10-cv-00263-LSC-FG3 |
| vs. | ) ) | ORDER |
| **OHIO NATIONAL LIFE INSURANCE COMPANY,** | ) ) ) | |
| Defendant. | ) | |

Upon the representation that opposing counsel does not object,

**IT IS ORDERED** that plaintiff's motion for leave to file an amended complaint (#16) is granted, as follows:

1. Compliance with NECivR 15.1(a) is excused in this instance.

2. Plaintiff may file an Amended Complaint adding as plaintiffs the beneficiaries of the life insurance policy issued by defendant, including Dana Samway, Dixie Landreth, and David Hyke in his individual capacity.

3. The Amended Complaint must be filed and served no later than **October 18, 2010.** Any required response to the Amended Complaint shall be made within the time allowed by Fed. R. Civ. P. 15(a).

**DATED October 8, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**