IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID HYKE, Individually and as the Personal Representative of the Estate of Floren Jyke, DANA SAMWAY, and DIXIE LANDRETH, ) ) ) ) ) | | |
| Plaintiffs, ) ) | 8:10CV263 | |
| vs. ) ) | ORDER | |
| OHIO NATIONAL LIFE INSURANCE COMPANY, ) ) ) | | |
| Defendant, ) ) | | |

This matter is before the court on the defendant's Motion to Continue Trial (Filing No. 36). The defendant seeks to continue trial from July 19, 2011. The plaintiff has no objection to the continuance. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Unopposed Motion to Continue Trial (Filing No. 36) is granted.
2. Trial is set to commence **at 9:00 a.m. on September 13, 2011**, in Omaha, Nebraska before Judge Laurie Smith Camp, Courtroom No. 2.
3. Any criminal case that must be set for trial under the Speedy Trial Act will cause civil cases to be rescheduled.

DATED this 25th day of May, 2011.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge